IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANNY A. TZAKIS and DIANE TZAKIS

    Plaintiff,

v.

WRIGHT MEDICAL TECHNOLOGY, INC.,

    Defendant.

ORDER

19-cv-545-wmc

---

Having reviewed the parties' joint request to enter stipulation to stay proceeding pending ruling on motion to transfer by judicial panel on multidistrict litigation, the court, for good cause appearing, hereby GRANTS the request and STAYS all proceedings pending the outcome of plaintiff's counsel's motion to transfer all cases involving the Profemur® Modular Hip Implant Stem to the Eastern District of Arkansas, which has been filed with the United States Judicial Panel on Multidistrict Litigation, civil docket: MDL 2949. The parties are directed to advise the court promptly of any action by the Judicial Panel regarding this matter.

    Entered this 1st day of July, 2020.

BY THE COURT:

/s/ William M. Conley

WILLIAM M. CONLEY
District Judge

1